■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN CAMPBELL, Appellant. [670 NYS2d 136] —Judgment

unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: Defendant refused Supreme Court's offer to give a curative instruction after the court denied defendant's postsummation motion for a mistrial. Thus, defendant waived his contention that he was denied a fair trial by prosecutorial misconduct on summation (*see, People v Restivo,* 226 AD2d 1106, *lv denied* 88 NY2d 883; *People v Lasage,* 221 AD2d 1006, *lv denied* 88 NY2d 849). In any event, the conduct complained of was not so egregious as to require reversal (*see, People v Tolliver,* 217 AD2d 978, *lv denied* 86 NY2d 847).

The definite sentence of six months' incarceration imposed upon defendant's conviction of loitering in the first degree is illegal (*see,* Penal Law § 70.15 [2]), and thus we sentence defendant to a concurrent term of incarceration of three months on that count. (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.